(March 19, 1948.)

In the Matter of JOSEPH A. FOGARTY, Individually and as City Manager of the City of Newburgh, Appellant, against HERBERT A. WARDEN, Individually and as Mayor of the City of Newburgh, et al., Respondents.— In a proceeding under article 78 of the Civil Practice Act, to review the determination of the Common Council of the City of Newburgh in removing the appellant from his position as City Manager, the petition was dismissed on respondents' motion, under section 1293 of the Civil Practice Act. Order unanimously affirmed, without costs. No opinion. Permission to appeal to the Court of Appeals is hereby granted. Pending the appeal and conditioned upon diligent prosecution thereof, a stay is granted to appellant. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

(March 22, 1948.)

TERESA M. BRADLEY, Respondent, v. LESTER F. HUGHES, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

DOROTHY H. FOX, Appellant, v. WILLIAM F. FOX, Respondent.— Motion for reargument denied, without costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See ante, p. 895.]

In the Matter of LITTLE HOME FOR FRIENDLESS ANIMALS, INC., Appellant, against RUSSELL P. KOEHLER et al., as Members of the Zoning Board of Appeals of the Town of Islip, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston and Adel, JJ.; Wenzel, J., not voting. [See ante, p. 859.]

In the Matter of the Accounting of S. BRUCE WILSON et al., as Executors of KATE B. WILSON, Deceased, Respondents. MORRIS ORENSTEIN, as Receiver of LESLIE B. WILSON, Appellant; LESLIE B. WILSON, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See ante, p. 821.]

LONG ISLAND LIGHTING COMPANY, Respondent, v. VILLAGE OF OLD BROOKVILLE et al., Appellants.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See ante, p. 856.]

SALVATORE ONDATO, Respondent, v. CORNELIUS J. O'CONNELL, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

HARRY S. POLLACK, Respondent, v. CYNTHIA K. VIELE et al., Defendants, and JOSEPH HARPER, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See ante, p. 871.]